SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-07-70658 BZ |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] |
|     v. ) | ORDER RE CONTINUING HEARING |
| DONALD BRENT ROMANO, ) | |
|     Defendant. ) | |

    The above-captioned matter is set before the Court for preliminary hearing on November 27, 2007. The defendant is represented by Daniel Blank, Esq., and the government is represented by Jeffrey Finigan, Assistant United States Attorney. Mr. Blank is still in the process of reviewing voluminous discovery recently produced by the government and the parties are discussing a potential pre-indictment resolution of the case. Accordingly, the parties stipulate and respectfully request that the Court continue the current status conference to December 11, 2007, at 9:30 a.m. for preliminary hearing.

    The parties also hereby agree to and request that an exclusion of time until December 11,

Stipulation to Continue Hearing
3-07-70658 BZ

1 2007, be granted. The parties agree and stipulate that the additional time is appropriate and
2 necessary under Rule 5.1(d) and Title 18, United States Code, § 3161(h)(8)(A), because the ends
3 of justice served by this continuance outweigh the best interest of the public and the defendant in
4 a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into
5 account the exercise of due diligence, and will provide for continuity of counsel for the
6 defendant.

7

8 DATED: November 20, 2007                    /s/
                                              DANIEL BLANK
9                                             Counsel for Donald Brent Romano

10

11
12 DATED:  November 20, 2007                   /s/
                                              JEFFREY R. FINIGAN
13                                            Assistant U.S. Attorney

14
                                    **ORDER**
15
        Based upon the foregoing request, the Court hereby **ORDERS** that this matter is
16
continued to December 11, 2007 at 9:30 and that time is excluded for the reasons and on the bass
17
set forth herein.
18

19
DATED:
20                                            BERNARD ZIMMERMAN
                                              UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Stipulation to Continue Hearing
3-07-70658 BZ                                     2