1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10

                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13

14

   UNITED STATES OF AMERICA,           )      No.  3-07-70658 BZ
15                                      )
           Plaintiff,                   )      STIPULATION AND [PROPOSED]
16                                      )      ORDER RE CONTINUING HEARING
       v.                               )
17                                      )
   DONALD BRENT ROMANO,                 )
18                                      )
           Defendant.                   )
19  _____)

20

21       The above-captioned matter is set before the Court for preliminary hearing on November

22  27, 2007.  The defendant is represented by Daniel Blank, Esq., and the government is

23  represented by Jeffrey Finigan, Assistant United States Attorney.  Mr. Blank is still in the

24  process of reviewing voluminous discovery recently produced by the government and the parties

25  are discussing a potential pre-indictment resolution of the case.  Accordingly, the parties

26  stipulate and respectfully request that the Court continue the current status conference to

27  December 11, 2007, at 9:30 a.m. for preliminary hearing.

28       The parties also hereby agree to and request that an exclusion of time until December 11,

   Stipulation to Continue Hearing
   3-07-70658 BZ

1   2007, be granted.  The parties agree and stipulate that the additional time is appropriate and

2   necessary under Rule 5.1(d) and Title 18, United States Code, § 3161(h)(8)(A), because the ends

3   of justice served by this continuance outweigh the best interest of the public and the defendant in

4   a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into

5   account the exercise of due diligence, and will provide for continuity of counsel for the

6   defendant.

7

8   DATED: November 20, 2007                          /s/
                                            DANIEL BLANK
9                                           Counsel for Donald Brent Romano

10

11

    DATED:  November 20, 2007                         /s/
12                                          JEFFREY R. FINIGAN
                                            Assistant U.S. Attorney
13

14
                                    **ORDER**
15
            Based upon the foregoing request, the Court hereby **ORDERS** that this matter is
16
    continued to December 11, 2007 at 9:30 and that time is excluded for the reasons and on the bass
17
    set forth herein.
18

19
    DATED:   November 21, 2007         
20                                          BERNARD ZIMMERMAN
                                            UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25                                  

26

27

28

Stipulation to Continue Hearing
3-07-70658 BZ                                       2