PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman  
     U.S. Magistrate Judge

RE: ROMANO, DONALD B.

FROM: Claudette M. Silvera, Chief  
      U.S. Pretrial Services Officer

DOCKET NO.: 3-07-70685 BZ

DATE: December 4, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Taifa M. Gaskins      510-637-3750  
Program Development Specialist      TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on Dec 12 at 1:30 pm.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)  
A.  
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:  
*Please provide a copy to counsel, if you haven't already*

_____      5 Dec 07  
JUDICIAL OFFICER             DATE